**Order filed March 5, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00686-CV
_____

### KAREN WAKEFIELD, Appellant

### V.

### WELLS FARGO BANK, N.A., Appellee

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2011-59422**

## ORDER

Appellant's brief was filed on February 25, 2013. The Court has determined that appellant has not properly presented this cause in his brief on file. Appellant failed to substantially comply with Rule 38 of the Texas Rules of Appellate Procedure. In particular, appellant has failed to provide a clear and concise argument for each contention made with appropriate citations to the record and to authority. Tex. R. App. P. 38.1(f), (h).

Litigants who appear pro se must comply with the applicable procedural rules and are held to the same standards that apply to licensed attorneys. *See Mansfield State Bank v. Cohn*, 573 S.W.2d 181, 185 (Tex. 1978); *Steffan v. Steffan*, 29 S.W.3d 627, 631 (Tex. App.—Houston [14th Dist.] 2000, pet. denied). Accordingly, pursuant to Rule 38.9(b), the court orders appellant to file a corrected brief complying with the rules of appellate procedure on or before April 4, 2013. *See* Tex. R. App. P. 38.9(b). If appellant fails to file his brief on or before April 4, 2013, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM